NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOE THORPE,**

*Plaintiff-Appellant*

v.

**SALISBURY TOWNSHIP, PA, DEBRA J. BRINTON, DONALD B. BRINTON, SANDY NICOLO, MICHAEL J. POCHRON, JAMES R. SUHOCKI, MEGAN C. HOUCK, aka Megan Suhocki, GREGORY M. REIHMAN, MICHAEL J. MILKOVITZ, JOELLE MILKOVITZ, JOHN ASHLEY, DANIEL SELL,**

*Defendants-Appellees*

---

2022-1698

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 5:21-cv-02102-JFL, Judge Joseph Francis Leeson, Jr.

----------------------------------------------------

**JOE THORPE,**

*Plaintiff-Appellant*

v.

**SALISBURY TOWNSHIP, PA, DEBRA J. BRINTON, SANDY NICOLO, MICHAEL J. POCHRON, DANIEL**

**SELL,**
*Defendants-Appellees*

———————————

2022-1708

———————————

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 5:21-cv-04261-JFL, Judge Joseph Francis Leeson, Jr.

———————————

PER CURIAM.

## O R D E R

Joe Thorpe seeks review of orders of the United States District Court for the Eastern District of Pennsylvania in the two underlying civil rights cases that denied Mr. Thorpe's motion for an injunction and dismissed his claims. On May 27, 2022, this court directed the parties to show cause as to why the appeals should not be dismissed or transferred to the United States Court of Appeals for the Third Circuit. Mr. Thorpe and appellee Michael J. Pochron have not responded. The remaining appellees (collectively, "responding appellees") submit informal response briefs urging dismissal of the appeals for lack of jurisdiction.

These appeals are outside this court's appellate jurisdiction. This court possesses jurisdiction over only certain appeals from federal district courts, including cases arising under the patent laws, *see* 28 U.S.C. §§ 1295(a)(1), 1295(a)(4)(C), and certain cases against the United States for claims "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). None of these apply to Mr. Thorpe's appeals. And Mr. Thorpe's opening briefs, which he filed prior to the issuance of our show cause order, do not address this court's jurisdiction over these appeals.

When this court lacks jurisdiction, it may, "if it is in the interest of justice, transfer such . . . appeal[s]" to the appropriate court.  28 U.S.C. § 1631.  Although responding appellees urge dismissal because the district court dismissed some of Mr. Thorpe's claims without prejudice and permitted him to amend his complaints, we deem it the better course to transfer to the Third Circuit for that court to address those issues.

Accordingly,

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, these appeals and all filings are transferred to the United States Court of Appeals for the Third Circuit.

FOR THE COURT

August 5, 2022                            /s/ Peter R. Marksteiner
      Date                                Peter R. Marksteiner
                                          Clerk of Court